**Order entered December 30, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00590-CR
### No. 05-20-00591-CR

### DAMON EVANS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-51047-I & F20-51046-I**

### ORDER

On May 19, 2020, appellant entered a guilty plea in each of the above appeals. The State introduced his judicial confession and stipulation of evidence in support of each guilty plea as State's Exhibit 1, and the reporter's record states these documents were admitted but retained in the court's file. On October 28, 2020, we granted appellant's request for a supplemental clerk's record with appellant's judicial confessions. On December 21, 2020, a supplemental clerk's

record was filed in each case containing appellant's plea bargain agreements, but not the judicial confessions and stipulations of evidence.

We **ORDER** the trial court to hold a hearing to determine the status of State's Exhibit 1 (appellant's judicial confession and stipulation of evidence in each case). Specifically, the trial court shall determine:

- Whether State's Exhibit 1 has been lost or destroyed;

- If State's Exhibit 1 has been lost or destroyed, whether the parties can agree on copies that accurately duplicate with reasonable certainty the original judicial confessions and stipulations of evidence.

If the parties cannot agree on a copy, the trial court must then determine what constitutes an accurate copy of appellant's judicial confessions and stipulations of evidence and order that each be included in a supplemental clerk's record in each case. TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record containing its written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Dallas County District Clerk Felicia Pitre; Official Court Reporter Mary Snider, Criminal District Court No. 2; and counsel for the parties.

We **ABATE** the appeals to allow the trial court to comply with this order.  The appeals shall be reinstated when the findings or supplemental clerk's records are received or at such other time as the Court deems appropriate.


/s/     BILL PEDERSEN, III
        JUSTICE